Nothing in the record suggests that a more thorough explanation would have resulted in a shorter sentence. *See id.* at 264–65. Finally, Valdez's argument, raised only to preserve it for further review, that *Whitelaw* was wrongly decided is unavailing, as we may not overrule *Whitelaw* absent an en banc or superseding Supreme Court decision. *See United States v. Lipscomb*, 299 F.3d 303, 313 n.34 (5th Cir. 2002).

The judgment of the district court is AFFIRMED.

ment in which Sabeena Mishra's motion was denied, while Bank of America's motion was granted. The district court also denied Mishra's motions to strike and for additional discovery, and dismissed her claims with prejudice.

This Court has considered this appeal on the basis of the briefs and pertinent portions of the record. Having done so, the judgment is affirmed, essentially for the reasons stated in the magistrate judge's report and recommendation, adopted by the district court.

**AFFIRMED.**

**Sabeena MISHRA, Plaintiff–Appellant,**

v.

**BANK OF AMERICA, Defendant–Appellee.**

No. 16–10292
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/25/2016

Sabeena Mishra, Irving, TX, Pro Se.

Teri L. Danish, Olga A. Bograd, McGuireWoods, L.L.P., Dallas, TX.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

This employment discrimination appeal follows cross-motions for summary judg-

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jaime SEGURA–MORENO, Defendant–Appellant**

No. 16–40107
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/25/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Jaime Segura–Moreno, Yazoo City, MS.

Before JONES, CLEMENT, and ELROD, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.